IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| vs. | : | CRIMINAL NO. 12-228-01 |
| FITZGERALD HORTON | : | |
| | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 26th day of August, 2013, came the attorney for the Government and the defendant being present with counsel, and

[ ]  The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]  A jury has been waived, and the Court has found the defendant not guilty as to:

[X]  The jury has returned its verdict on August 23, 2013, finding the defendant not guilty as to: Count 1

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

/s/ Mary A. McLaughlin

Mary A. McLaughlin , J.

cc: Counsel

| 08/26/13 | DCH |
|---|---|
| Date | By Whom |

Cr 1 (8/80)