IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | No. 12-228 |
| v. | : | |
| | : | CIVIL ACTION |
| FITZGERALD HORTON | : | No. 18-202 |

## **ORDER**

AND NOW, this 26th day of March, 2021, upon consideration of Defendant Fitzgerald Horton's pro se Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, pro se Amendment to 28 U.S.C. § 2255 Motion, the Government's opposition, Horton's reply, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion and Amendment (Documents 156 & 158) are DENIED.

Because Horton has not made a substantial showing of the denial of a constitutional right, i.e., that reasonable jurists would disagree with this Court's procedural and substantive rulings on his claims, a certificate of appealability shall not issue. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000).

The Clerk of Court is DIRECTED to mark the above-captioned cases CLOSED.

BY THE COURT:

 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.