IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 12-228 |
| | : | |
| FITZGERALD HORTON | : | |

**ORDER**

AND NOW, this 18th day of August, 2026, upon consideration of Defendant Fitzgerald Horton's "Request to Withdraw April Motion to Dismiss" (ECF No. 182), it is ORDERED the Request is GRANTED. Horton's April 2024 Motion to Dismiss (ECF No. 178) shall be deemed WITHDRAWN.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.